

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 3:24-cr-11-KHJ-LGI

TONARRI MOORE

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the information at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED on February 26, 2023.

                                         TODD W. GEE
                                         United States Attorney

By:    *s/ Carla J. Clark*
           Assistant United States Attorney
           501 E. Court Street, Suite 4.430
           Jackson, MS    39201
           Tel: (601) 965-4480
           MS Bar No. 9490